BERTHA DOPPSTADT, as Administratrix of the Estate of HENRY DOPPSTADT, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Doppstadt* v. *N. Y. C. & H. R. R. R. Co.*, 168 App. Div. 942, affirmed.
(Argued November 1, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The complaint states two causes of action, one under the Employers' Liability Act of the state of New York, and the other the Federal Employers' Liability Act.

The answer admits that the plaintiff's decedent was employed at the time by defendant as a freight brakeman and met with the accident as a result of which he died, and that at the time of the accident both the plaintiff's decedent and the defendant were engaged in interstate commerce, but it denies any negligence on the part of the defendant, and alleges contributory negligence and assumption of risk.

*Robert A. Kutschbock* and *Alexander S. Lyman* for appellant.

*Don R. Almy, William S. Evans, Samuel Orr* and *William H. Woolley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.,